# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA MOBILITY, INC., | |
| Plaintiff, | Civil Action No. 10-867-GMS |
| v. | |
| APPLE INC. and NEXT SOFTWARE, INC. | |
| Defendants. | |

## STIPULATION AND ORDER

Plaintiff Motorola Mobility, Inc. and Defendants Apple Inc. and Next Software, Inc. hereby stipulate and agree, subject to the approval and order of the Court, that the time for Defendants to answer or otherwise respond to the Complaint shall be extended for thirty (30) days, up to and including December 2, 2010.  The reason for this request is to permit Defendants' counsel time to adequately investigate the pertinent facts and applicable law, and to determine how to appropriately respond to Plaintiff's complaint.

Dated: November 1, 2010

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jack B. Blumenfeld* | */s/ Steven J. Balick* |
| Jack B. Blumenfeld (No. 1014) | Steven J. Balick (No. 2114) |
| Maryellen Noreika (No. 3208) | John G. Day (No. 2403) |
| 1201 North Market Street | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19801 | P.O. Box 1150 |
| (302) 658-9200 | Wilmington, DE 19899 |
| jblumenfeld@mnat.com | (302) 504-3700 |
| mnoreika@mnat.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |

| | |
|---|---|
| OF COUNSEL:<br>Charles K. Verhoeven<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 93111<br>(415) 875-6600<br><br>Edward J. DeFranco<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>David A. Nelson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>500 West Madison Street, Suite 2450<br>Chicago, IL 60661<br>(312) 705-7400<br><br>*Attorneys for Motorola Mobility, Inc.* | OF COUNSEL:<br>Matthew D. Powers<br>Steven S. Cherensky<br>Jill J. Ho<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Mark G. Davis<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street, N.W., Suite 900<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br><br>Patricia Young<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>*Attorneys for Apple Inc. and*<br>*Next Software, Inc.* |

SO ORDERED this ____ day of _____, 2010.

                                                                          _____
                                                                          Hon. Gregory M. Sleet
                                                                          Chief Judge